Melville Reeves, plaintiff in error, v. Michael Vaughn et al., defendants in error. Gen. No. 25,877.

Action for damages against police officers alleging that they made an assault upon plaintiff and beat and ill-treated him and detained him in prison without reasonable cause. Action dismissed and judgment for defendants for costs. Error to the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded with directions. Opinion filed December 21, 1921.

Charles P. R. Macaulay, for plaintiff in error. Peden, Kahn & Murphy, for defendant in error Thomas Sheehan.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Lucille Mackie, defendant in error, v. Charles Meyer, plaintiff in error. Gen. No. 26,032.

Bastardy proceeding. Jury waived, defendant found guilty and judgment entered requiring him to pay $1,100 for the support of the child. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court, at the October term, 1920. Reversed and remanded. Opinion filed December 21, 1921.

John J. Risdon and Justin K. Orvis, for plaintiff in error; Justin K. Orvis, of counsel. Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Sidney-Morris & Company, appellee, v. Chicago Stationers Association et al., appellants. Gen. No. 26,105.

Action for damages to plaintiff's business by the conspiracy of defendants to ruin such business by unfair competition and by inducing various manufacturers, jobbers and wholesalers to refuse to do business with plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed with finding of fact. Taylor, J., dissenting. Opinion filed December 21, 1921. Rehearing denied January 5, 1922. Certiorari denied by Supreme Court (making opinion final).

Ogren & Wermuth, for appellants. Benjamin C. Bachrach, Max M. Grossman and Robert S. Cook, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Paul Kelly, plaintiff in error. Gen. No. 26,147.

Prosecution for vagrancy. Verdict and judgment of guilty and sentence to house of correction. Error to the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed December 21, 1921.

Thomas H. Mercer, for plaintiff in error; Henry P. Heizer, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.